| Return | | |
|---|---|---|
| Case No.: 1:25-mj-00100-JCN | Date and time warrant executed: 3-20-25 @ 11:00 AM | Copy of warrant and inventory left with: 336 Zions Hill Rd, Dexter |
| Inventory made in the presence of: Jonathan Richards | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

No items seized or Taken

1. Memory stick with photographs of 336 Zions Hill.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-24-2025

*Executing officer's signature*

Jonathan Richards DEA/TFO
*Printed name and title*